No. 4579.—Sucn. Puigdollers Etc., aplda. *v.* Nieves, aplte.—C. D. San Juan. ▮▮▮▮▮ Mayo 11, 1928. Apareciendo de las certificaciones acompañadas a la moción de desestimación que la apelación se interpuso desde marzo de 1927 y si bien se está tramitando la aprobación de una transcripción de la evidencia varias de las prórrogas concedidas fueron solicitadas después de vencido el término para ello, vista la regla 59 de las de esta corte y la ley aplicable, se desestima el recurso.

No. 4536.—Sucs. Abarca, aplda., *v.* Iturregui Hnos., Etc., apltes. C. D. San Juan. ▮▮▮▮▮ Mayo 22, 1928. Apareciendo de la moción para desestimar y de la certificación acompañada que en febrero 17, 1928, se radicó el escrito de apelación en el presente caso; que en marzo 28, 1928, venció la prórroga concedida a los apelantes para radicar la exposición del caso, lo que no hicieron; que hasta abril 13, 1928, que es la fecha que lleva la antedicha certificación, los apelantes no habían solicitado nueva prórroga para radicar la exposición del caso. Apareciendo además que la transcripción no ha sido radicada en la secretaría de esta corte, se declara con lugar la moción y en su consecuencia se desestima el recurso.

No. 9.—Rodríguez et al., promoventes, *v.* Saldaña, Secretario Ejecutivo, demandado.—▮▮▮▮▮ Mayo 22, 1928. Vista la petición sobre *injunction* que antecede, no estimando suficientes los motivos expresados por los peticionarios en el párrafo XVI de la misma para haberse acudido originalmente ante este tribunal, y sin prejuzgar la cuestión de si los peticionarios tienen o no un interés directo en las cuestiones planteadas bastante para justificar la expedición del mandamiento que se interesa, *no ha lugar* al auto solicitado.

La resolución rendida en este caso con fecha mayo 24, 1928 se inserta junta con la de junio 20, 1928 en la pág. 397 *ante.*